IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>DELGADO, DANIEL<br>DELGADO, DENISE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-72275 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 04/28/04. The Trustee was appointed on 04/28/04. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of December 21, 2007 is as follows:

   a. RECEIPTS (See Exhibit C)                    $         1,118.77

   b. DISBURSEMENTS (See Exhibit C)               $             7.19

   c. NET CASH available for distribution         $         1,111.58

   d. TRUSTEE/PROFESSIONAL COSTS

        1.    Trustee compensation requested (See Exhibit F)     $ <u>279.69</u>
        2.    Trustee Expenses (See Exhibit F)     $ <u>0.00</u>
        3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F-1)     $ <u>681.89</u>

   e.    Illinois Income Tax for Estate (See Exhibit G)     $ <u>0.00</u>

5.    The Bar Date for filing unsecured claims expired on <u>09/14/04</u>.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

   a.    Allowed unpaid secured claims     $ <u>0.00</u>

   b.    Chapter 7 Administrative and 28 U.S.C. §1930 claims     $ <u>1,111.58</u>

   c.    Allowed Chapter 11 Administrative Claims     $ <u>0.00</u>

   d.    Allowed priority claims     $ <u>0.00</u>

   e.    Allowed unsecured claims     $ <u>8,848.72</u>

   f.    Surplus return to debtor     $ <u>0.00</u>

7.    Trustee proposes that unsecured creditors receive a distribution of <u>0.00</u>% of allowed claims.

8.    Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was <u>$0.00</u>. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is <u>$681.89</u>. The total of Chapter 7 professional fees and expenses requested for final allowance is <u>$681.89.</u>

9.    A fee of <u>$1,000.00</u> was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                                    RESPECTFULLY SUBMITTED:

DATE:   December 21, 2007          /s/Stephen G. Balsley
                                                     STEPHEN G. BALSLEY
                                                     6833 STALTER DRIVE
                                                     ROCKFORD, IL  61108
                                                     (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>DELGADO, DANIEL<br>DELGADO, DENISE<br><br>Debtor(s) | CASE NO. 04-72275 MB<br><br>Judge MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, **STEPHEN G. BALSLEY**, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,111.58 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 1,111.58 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. $1,111.58 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 279.69 | 279.69 |
| | Clerk of the United States Bankruptcy Court (Filing fee for Adversary Proceeding) | 150.00 | 150.00 |
| | Stephen G. Balsley, Attorney for Trustee | 645.89 | 645.89 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 36.00 | 36.00 |
| | TOTAL | $ | 1,111.58 |

    d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $8,848.72, yielding a dividend of 0.00%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $8,848.72 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | Pier 1 Imports | 291.25 | 0.00 |
| 3 | Donald M. Prigge/Jeanne Thomson | 5,000.00 | 0.00 |
| 4 | Northern Illinois Brick | 1,300.95 | 0.00 |
| 6 | Menards | 292.53 | 0.00 |
| 7 | Cingular Wireless | 1,963.99 | 0.00 |
| | TOTAL | $ | 0.00 |

    The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 1 | Menards M.C.C. P.O. Box 538 Eau Claire, WI 547020538 | $ 948.96 | Disallowed pursuant to Court Order 12/13/2004 – Amended by Claim #6 |
| Secured | 5 | Wells Fargo Financial Illinois, Inc. 4137 121st Street Urbandale, Ia 50323 | $ 1,133.99 | Disallowed for purposes of distribution pursuant to Court Order 12/13/2004 |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   December 21, 2007          /s/Stephen G. Balsley
                                              STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 279.69 | $ 279.69 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 645.89 | $ 645.89 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 36.00 | $ 36.00 |
| **TOTALS** | **$ 0.00** | **$ 961.58** | **$ 961.58** |

# EXHIBIT A

## TASKS PERFORMED

### DANIEL DELGADO AND DENISE DELGADO
### CHAPTER 7 BANKRUPTCY CASE NO. 04-72275

---

The only asset in this case was a preferential transfer made by the Debtors to Daniel Delgado's parents. The Trustee obtained a Judgment for the recovery of the preference, but the Defendants were unable to make payments. The Trustee tried several times to reach a settlement with the Defendants. The tentative agreements, however, could not be completed because of the Defendants' poor financial condition. Eventually, the cost of pursuing the recovery of the preference became more than any possible recovery. The Trustee, therefore, abandoned the claim with notice to creditors.

There are no funds for distribution to creditors in this case. No income tax return is required.

SGB:vcg

EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:   04-72275 MB
Case Name:     DELGADO, DANIEL
               DELGADO, DENISE
Period Ending: 12/21/07

Trustee:  (330410)   STEPHEN G. BALSLEY
Filed (f) or Converted (c):  04/28/04 (f)
§341(a) Meeting Date:  06/14/04
Claims Bar Date:  09/14/04

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1994 GMC Pickup | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Sod cutter | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Preferential payment to Juan Delgado (u) | 6,500.00 | 0.00 | OA | 1,100.00 | FA |
| 6 | Four rooms household furniture, furnishings and | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1994 GMC Pickup | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Sod Cutter | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 18.77 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $14,300.00 | $0.00 | | $1,118.77 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):  August 1, 2005

Current Projected Date Of Final Report (TFR):  December 21, 2007 (Actual)

Printed: 12/21/2007 11:48 AM    V.9.55

## Form 2
## Cash Receipts And Disbursements Record


EXHIBIT ___C___

Page: 1

Case Number:  04-72275 MB
Case Name:    DELGADO, DANIEL
              DELGADO, DENISE
Taxpayer ID #: 13-7433855
Period Ending: 12/21/07

Trustee:      STEPHEN G. BALSLEY (330410)
Bank Name:    JPMORGAN CHASE BANK, N.A.
Account:      ***-*****02-65 - Money Market Account
Blanket Bond: $1,500,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/04 | | Juan Delgado | Funds received for preferential transer | 1241-000 | 100.00 | | 100.00 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.01 | | 100.01 |
| 12/27/04 | | Juan Delgado | Payment received for preferential payment | 1241-000 | 100.00 | | 200.01 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.02 | | 200.03 |
| 01/24/05 | | Juan Delgado and Ofelia Delgado | Payment received for preference | 1241-000 | 100.00 | | 300.03 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 0.06 | | 300.09 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.07 | | 300.16 |
| 03/02/05 | | Juan and Ofelia Delgado | Preferential payment | 1241-000 | 100.00 | | 400.16 |
| 03/30/05 | | Juan Delgado | Preferential payment | 1241-000 | 100.00 | | 500.16 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.12 | | 500.28 |
| 04/29/05 | | Juan Delgado and Ofelia Delgado | Preferential payment | 1241-000 | 100.00 | | 600.28 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.14 | | 600.42 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.18 | | 600.60 |
| 06/06/05 | | Juan Delgado and Ofelia Delgado | PaymenPreferential payment | 1241-000 | 100.00 | | 700.60 |
| 06/21/05 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/10/2005 FOR CASE #04-72275, 0616018067 | 2300-000 | | 1.08 | 699.52 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.22 | | 699.74 |
| 07/08/05 | | Juan Delgado | Payment for preference | 1241-000 | 100.00 | | 799.74 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.27 | | 800.01 |
| 08/01/05 | | Juan and Ofelia Delgado | Preferential payment | 1241-000 | 100.00 | | 900.01 |
| 08/30/05 | | Juan and Ophelia Delgado | Funds received for preferential payment | 1241-000 | 100.00 | | 1,000.01 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.34 | | 1,000.35 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.39 | | 1,000.74 |
| 10/03/05 | | Juan and Ofelia Delgado | Preferential payment | 1241-000 | 100.00 | | 1,100.74 |

Subtotals :    $1,101.82    $1.08

{} Asset reference(s)                                           Printed: 12/21/2007 11:48 AM    V.9.55

Case 04-72275   Doc 25   Filed 03/10/08   Entered 03/10/08 13:16:39   Desc Main
Document   Page 10 of 12

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-72275 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | DELGADO, DANIEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DELGADO, DENISE | Account: | ***-*****02-65 - Money Market Account |
| Taxpayer ID #: | 13-7433855 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/21/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.47 | | 1,101.21 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.50 | | 1,101.71 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 1,102.26 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.62 | | 1,102.88 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.59 | | 1,103.47 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.66 | | 1,104.13 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.70 | | 1,104.83 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.75 | | 1,105.58 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.73 | | 1,106.31 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.75 | | 1,107.06 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.75 | | 1,107.81 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.70 | | 1,108.51 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.77 | | 1,109.28 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.72 | | 1,110.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.70 | | 1,110.70 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.74 | | 1,111.44 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 1,111.99 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at .6500% | 1270-000 | 0.59 | | 1,112.58 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.61 | | 1,113.19 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.61 | | 1,113.80 |
| 06/05/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2007 FOR CASE #04-72275, Bond No. 016018067 | 2300-000 | | 6.11 | 1,107.69 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.57 | | 1,108.26 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.63 | | 1,108.89 |

Subtotals :  $14.26  $6.11

{} Asset reference(s)

Printed: 12/21/2007 11:48 AM   V.9.55

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-72275 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | DELGADO, DANIEL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DELGADO, DENISE | | Account: | \*\*\*-\*\*\*\*\*02-65 - Money Market Account |
| Taxpayer ID #: | 13-7433855 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/21/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.61 | | 1,109.50 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 1,110.05 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.65 | | 1,110.70 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.57 | | 1,111.27 |
| 12/18/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 0.31 | | 1,111.58 |
| 12/18/07 | | To Account #\*\*\*\*\*\*\*\*0266 | Transfer funds from MMA to checking account | 9999-000 | | 1,111.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,118.77 | 1,118.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,111.58 | |
| | | | **Subtotal** | | 1,118.77 | 7.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,118.77** | **$7.19** | |

{} Asset reference(s)

Printed: 12/21/2007 11:48 AM   V.9.55

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-72275 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | DELGADO, DANIEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DELGADO, DENISE | Account: | \*\*\*-\*\*\*\*\*02-66 - Checking Account |
| Taxpayer ID #: | 13-7433855 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/21/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/07 | | From Account #\*\*\*\*\*\*\*\*0265 | Transfer funds from MMA to checking account | 9999-000 | 1,111.58 | | 1,111.58 |
| | | | ACCOUNT TOTALS | | 1,111.58 | 0.00 | $1,111.58 |
| | | | Less: Bank Transfers | | 1,111.58 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*02-65 | 1,118.77 | 7.19 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*02-66 | 0.00 | 0.00 | 1,111.58 |
| | $1,118.77 | $7.19 | $1,111.58 |

{} Asset reference(s)

Printed: 12/21/2007 11:48 AM   V.9.55