Case Name: DELGADO, DANIEL
Case No:     04-72275

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 7, 2008　　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　　　　United States Trustee, Region 11


　　　　　　　　　　　　　　BY:　 *Carole J. Ryczek*
　　　　　　　　　　　　　　　　　　CAROLE J. RYCZEK
　　　　　　　　　　　　　　　　　　Attorney for the U.S. Trustee