IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
DELGADO, DANIEL
DELGADO, DENISE

CASE NO. 04-72275 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-4053; XXX-XX-5794

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 115
        Rockford, IL 61101

   on: April 2, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 279.69 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 645.89 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 36.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $    1,118.77

   b. Disbursements                         $        7.19

   c. Net Cash Available for Distribution   $    1,111.58

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $130.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors

whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $8,848.72, resulting in an approximate distribution of 0.00% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: December 21, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 04-72275   Doc 30   Filed 03/11/08   Entered 03/14/08 00:04:09   Desc Imaged
                         Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cbachman           Page 1 of 2           Date Rcvd: Mar 11, 2008
Case: 04-72275                Form ID: pdf002          Total Served: 62


The following entities were served by first class mail on Mar 13, 2008.
db         +Daniel Delgado,   3360 Banford Circle,   Lake In The Hills, IL 60156-6340
jdb        +Denise Delgado,   3360 Banford Circle,   Lake In The Hills, IL 60156-6340
aty        +Stephen J Costello,   Costello & Costello,   19 N Western Ave Rt 31,
             Carpentersville, IL 60110-1730
tr         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
8040173     AT&T,   PO Box 8212,   Aurora, Il 60572-8212
8040172    +AT&T,   GC Services Ltd. Partnership,   6330 Gulfton,   Houston, TX 77081-1198
8040170    +Advocate Good Shepherd Hospital,   450 West Highway 22,   Barrington, Il 60010-1999
8040171    +American Express Travel Mgmt S,   Ntionwide Credit, Inc,   3600 E University Dr, Ste B1350,
             Phoenix, AZ 85034-7296
8040175     Barrington Radiology & Imaging,   Illinois Collection Service Inc,   PO Box 646,
             Oak Lawn, IL 60454-0646
8040174    +Barrington Radiology & Imaging,   P O Box 71129,   Chicago, Il 60694-1129
8040176    +Blockbuster,   Credit Protection Association,   13355 Noel Rd,   Dallas, TX 75240-6602
8040177     Blockbuster - 90105,   208 N Randall Road,   Lake In The Hills, Il 60156-5943
8431949    +Cingular Wireless,   c/o Creditors Bankruptcy Service,   P.O. box 740933,   Dallas, TX 75374-0933
8040178    +Cingular Wireless - Chicago,   Bureau of Collection Recovery,   7575 Corporate Way,
             Eden Prairie, MN 55344-2000
8040179     Citi Cards - Sears,   P O Box 182532,   Columbus, Oh 43218-2532
8040180    +Crystal Lake Dermatology,   278 Memorial Drive,   Crystal Lake, Il 60014-6254
8040181     Cub Foods,   GC Services Limited Partnership,   PO Box 2667,   Houston, TX 77252-2667
8040183    +Cub Foods,   TRS Recovery Services,   5251 Westheimer,   Houston, TX 77056-5412
8040182     Cub Foods,   Telecheck,   PO Box 17450,   Denver, CO 80217-0450
8040184     Cub Foods,   National Recoveries, Inc.,   Blaine, Mn 55434-3827
8040185     Discover - eCast Settlement Corp,   Creditors Interchange,   P O Box 1335,
             Buffalo, NY 14240-1335
8040186     Discover Card - Ecast Settlement,   Encore Receivable Mgmt,Inc,   PO Box 3330,
             Olathe, KS 66063-3330
8040187    +Donald M Prigge/Jeanne Thomson,   McNamee & Mahoney Attys,   17N208 Route 31,
             West Dundee, IL 60118-9242
8040190    +GMAC,   PO Box 217060,   Auburn Hills, Mi 48321-7060
8040188    +Gastro & Internal Med. Spec.,   27750 West Highway 22 #240,   Barrington, Il 60010-1924
8040189     Gastroenterology & Internal Med,   Armor Systems Corporation,   2322 N Green Bay Road,
             Waukegan, IL 60087-4209
8040192    +Good Shepherd Hospital,   450 West Highway 22,   Barrington, Il 60010-1999
8040191     Good Shepherd Hospital,   450 W Highway #22,   Barrington, Il 60010
8040194    +Home Depot/Certegy Inc.,   Bennett & DeLoney, P C,   P O Box 190,   Midvale, UT 84047-0190
8040196    +Kaknes Landscape Supply,   NCO Financial Systems,   P O Box 41417 Dept 23,
             Philadelphia, PA 19101-1417
8040197    +Kane County State's Atty,   Bad Check Program (Menards),   1030 Summit St #E PMB 347,
             Elgin, IL 60120-4371
8040198    +MCI,   Allied Interstate Inc,   15 Hazel Wood Dr Ste. 102,   Amherst, NY 14228-2229
8040199     MCI Telecommunications,   Encore Receivable Mgmt.,   PO Box 3330,   Olathe, KS 66063-3330
8040200     Menard,   Wexler and Wezler, LLC,   500 West Madison Street - 2910,   Chicago, IL 60661-2587
8040201     Menards,   M.C.C.,   P O Box 538,   Eau Claire, WI 54702-0538
8040202    +Moraine Emergency Physicians,   NCO Financial Systems Inc.,   507 Prudential Road,
             Horsham, PA 19044-2368
8040203    +Nevarr, Inc.,   American Credit Systems,Inc,   400 W Lake St- Ste. 111,   Roselle, IL 60172-3574
8040204    +Northern Il Clinical Lab,   Tri-County Accounts Bureau,   P O Box 515,   Wheaton, IL 60189-0515
8040205    +Northern Illinois Brick,   Roeser & Vucha Attorneys,   920 Davis Road,   Elgin, IL 60123-1390
8040206    +Northern Illinois Brick & Supp,   39W180 Highland Avenue,   Elgin, Il 60124-7985
8040207    +Northern Illinois Clinical Lab,   Collection Department,   306 Era Drive,
             Northbrook, IL 60062-1834
8040208     Northrop Grumman Fed.Cr.Union,   American Agencies Collection Ag,   P O Box 2829,
             Torrance, CA 90509-2829
8040209     Patrick Connor MD SC,   P O Box 808,   Grand Rapids, Mi 49518-0808
8040210    +Pellettieri & Associates, P.C.,   991 Oak Creek Drive,   Lombard, IL 60148-6408
8040211    +Pier 1 Imports,   Check Collection Dept.,   301 Commerce St-Ste 1000,   Fort Worth, TX 76102-4193
8040212     Provena St Joseph Hospital,   75 Remittance Suite 1174,   Chicago, Il 60675-1174
8040213    +Provena St Joseph Hospital,   77 North Airlite Street,   Elgin, Il 60123-4998
8040215     Quest Diagnostics,   P O Box 64500,   Baltimore, Md 21264-4500
8040214    +Quest Diagnostics,   American Medical Collections,   2269 S Saw Mill River Rd-Bldg 3,
             Elmsford, NY 10523-3848
8040216    +Quest Diagnostics Inc,   1355 Mittel Boulevard,   Wood Dale, Il 60191-1024
8040217     Security Check,   P O Box 1211,   Oxford, Ms 38655-1211
8040218    +Sherman Acquisition LP,   MRS Associates Inc,   3 Executive CAmpus, 400,
             Cherry Hill, NJ 08002-4114
8040219     Sherman Hospital,   Van Ru Credit Corporation,   P O Box 46549,   Lincolnwood, IL 60646-0549
8040220    +Sprint,   Allied Interstate,   15 Hazel Wood Drive - Ste   102,   Amherst, NY 14228-2229
8040221    +Walgreens,   CPS Security,   PO Box 782248,   San Antonio, TX 78278-2248
8040223    +Wells Fargo Financial,   4137 121st Street,   Des Moines, Ia 50323-2310
8040222    +Wells Fargo Financial,   219 West Main Street,   Carpentersville, Il 60110-1723
8040224    +William A Stinson MD,   5911 Northwest Hwy. Suite 204,   Crystal Lake, Il 60014-8043
8040225    +William F.Puga MD & Assoc.,   33 West Higgins #1000,   South Barrington, Il 60010-9359
8040226    +Wilson Landscape Supply,Inc,   43W967 State Route 72,   Hampshire, Il 60140-9136
8040227    +Wilson Nurseries Group,   Credit Management Services,   25 Northwest Point Blvd. #750,
             Elk Grove Village, IL 60007-1058
8040228    +Wolf Camera 1486,   Certegy Payment Recovery Svcs,   11601 Roosevelt Blvd.,
             St Petersburg, FL 33716-2202

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0752-3           User: cbachman              Page 2 of 2                Date Rcvd: Mar 11, 2008
Case: 04-72275                 Form ID: pdf002             Total Served: 62

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
8040193*      +Good Shepherd Hospital,   450 West Highway 22,   Barrington, Il 60010-1999
8040195*      +Home Depot/Certegy Inc.,   Bennett & DeLoney, P C,   P O Box 190,   Midvale, UT 84047-0190
                                                                                          TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2008**            **Signature:**    *Joseph Speetjens*